# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDALL URIAH FUGATE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-CV-439-TCK-TLW |
| BILL ALEXANDER, Probation and Parole, | ) ) ) |
| Defendant. | ) |

## ORDER TO AGENCY HAVING CUSTODY OF PLAINTIFF FOR PAYMENT OF FILING FEE

Plaintiff Randall Uriah Fugate, # 414745, a pro se prisoner incarcerated at Joseph Harp Correctional Center, Lexington, Oklahoma, is authorized to proceed with this civil action without full prepayment of the filing fee. Plaintiff has been ordered to pay an initial partial filing fee of **$4.18**, and, thereafter, to make monthly payments of 20 percent of the preceding month's income credited to his prison account(s) until the **$350** filing fee is paid in full.

In accordance with 28 U.S.C. §1915(b)(2), officials at Joseph Harp Correctional Center are directed to collect the initial partial payment of **$4.18** and the subsequent monthly payments, when Plaintiff's account balance exceeds $10.00, and forward them to the Clerk of this Court, Attention: PL Payments, U.S. Courthouse, Room 411 - 4th Floor, 333 W. 4th Street, Tulsa OK 74103, until the $350 filing fee is paid in full. **The Agency shall notify the Court in writing should Plaintiff be released from custody or transferred to another institution.**

The Clerk shall MAIL a copy of this order to Plaintiff and to officials at Joseph Harp Correctional Center, Lexington, Oklahoma.

**DATED** this 7th day of August, 2015.

**TERENCE KERN**
**United States District Judge**